IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TONY CREWS,                    )
                               )
        Plaintiff,             )
                               )
    v.                         )    1:23CV475
                               )
KILOLO KIJAKAZI,               )
Acting Commissioner of         )
Social Security,               )
                               )
        Defendant.             )

### JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Commissioner's final decision in this matter is **VACATED**, and that the case is **REMANDED** to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

                            /s/ L. Patrick Auld
                          **L. Patrick Auld**
                     **United States Magistrate Judge**

December 11, 2023